# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>    v.<br><br>ESTHER DUARTE,<br><br>          Defendant. | Case No. 5:24-po-0338-CDB<br><br>CVB Violation E2090998 / CA14<br><br>ORDER TO REFUND OVERPAYMENT<br><br>(Doc. 4) |

Defendant, Esther Duarte, was issued Violation Notice E2090998 with a total collateral due of $268.00. On 12/03/2024, this violation was dismissed by the Government. On 12/21/2024, Defendant Esther Duarte paid the original fine amount of $268.00.

Accordingly, the Court ORDERS that a refund be issued to Defendant Esther Duarte in the amount of $268.00.

IT IS SO ORDERED.

Dated: __December 26, 2024__      _____

                                                UNITED STATES MAGISTRATE JUDGE